For the Eastern District of Pennsylvania

In re:                                         Bky. No.  1018049
 JOSEPH V  BRENNECKE
 DILMA M  RIDDELL
                                               Chapter 13
                                               02/22/11
                                               at  10:00 AM
                                               nix2 - Courtroom #2
Debtor(s)                                      900 Market Street, 2nd Floor
                                               Philadelphia, Pa. 19107


          CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

   AND NOW, comes William C. Miller, Esquire, Chapter 13 Standing Trustee,
and requests that the above-captioned bankruptcy case be dismissed for the
following reason(s):

Debtor(s) has/have failed to comply with Standing Order No.M-07-3006, by
not (1) filing copies of all payment advices as required by 11 U.S.C.
Section 521(a)(1)(B)(iv), nor (2) submitting directly to the trustee and
U.S.Trustee in electronic format the documents described therein.




     The hearing scheduled by the filing of this motion may be
adjourned from time to time without further notice to interested
parties by announcement of such adjournment in court on the date
scheduled for the hearing or continued hearing.

     WHEREFORE, William C. Miller, Esquire, Chapter 13 Standing Trustee
respectfully requests that the Court, after a hearing, enter an Order in
the form annexed hereto, dismissing this bankruptcy case.

                                    Respectfully submitted,

                                    /S/  William C. Miller
                          _____
                                    William C. Miller, Esquire
                          Chapter 13 Standing Trustee